William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
       anardacci@bsfllp.com
       cfenlon@bsfllp.com

*Counsel for Plaintiffs*
INTERBOND CORPORATION OF AMERICA;
P.C. RICHARD & SON LONG ISLAND CORPORATION;
MARTA COOPERATIVE OF AMERICA, INC.; AND
ABC APPLIANCE, INC.

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To Individual Case Nos. 3:11-cv-03763-SI (N.D. Cal.); 3:11-cv-04119-SI (N.D. Cal.)<br><br>INTERBOND CORPORATION OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>        Defendants. | Case Nos. 3:11-cv-03763-SI (N.D. Cal.); 3:11-cv-04119-SI (N.D. Cal.)<br><br>Master File No. 3:07-md-01827-SI (N.D. Cal.)<br><br>MDL No. 1827<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [~~PROPOSED~~] ORDER** |

| | |
|---|---|
| 1 | P.C. RICHARD & SON LONG ISLAND CORPORATION; MARTA COOPERATIVE OF AMERICA, INC. and ABC APPLIANCE, INC. |
| 2 | |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | AU OPTRONICS CORPORATION, et al., |
| 6 | Defendants. |

1  WHEREAS, plaintiffs Interbond Corporation of America d/b/a BrandsMart USA ("BrandsMart") and P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc. and ABC Appliance, Inc. ("collectively, PC Richard Plaintiffs") filed complaints in the above-captioned cases against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., LG Display Co., Ltd., LG Display America, Inc. Mitsui & Co. (Taiwan), Ltd., Mitsui & Co. (USA), Inc., NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., Inc., Samsung Semiconductor, Inc., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd. (collectively, "Stipulating Defendants") on June 3, 2011 and June 15, 2011, respectively ("Complaints");

WHEREAS, BrandsMart and PC Richard Plaintiffs wish to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to the Complaints; and

WHEREAS, BrandsMart, PC Richard Plaintiffs and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, BrandsMart and PC Richard Plaintiffs, on the one hand, and the Stipulating Defendants, on the other hand, as follows:

1. The Stipulating Defendants waive service of the Complaints under Federal Rule of Civil Procedure 4(d). This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction and improper venue.

2. The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaints will be ninety (90) days from the execution of this stipulation, subject to Federal Rule of Civil Procedure 6(a)(1).

DATED: July 8, 2011

    /s/ William A. Isaacson
William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
      anardacci@bsfllp.com
      cfenlon@bsfllp.com

Stuart H. Singer (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Counsel for Plaintiffs*
*Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc. and ABC Appliance, Inc.*

    /s/ Christopher A. Nedeau
Christopher A. Nedeau (CA Bar No. 81297)
Carl L. Blumenstein (CA Bar No. 124158)
Katharine Chao (CA Bar No. 247571)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California 94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*
*cblumenstein@nossaman.com*
*kchao@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

---

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO COMPLAINT, WAIVER OF SERVICE
AND [PROPOSED] ORDER.

2

Case Nos. 3:11-cv-03763-SI; 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

      /s/ Neal A. Potischman
Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

Jonathan D. Martin (admitted pro hac vice)
Bradley R. Hansen (admitted pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000 / (212) 701-5800
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

*Counsel for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

      /s/ Stephen P. Freccero
Melvin R. Goldman (CA Bar No. 34097)
Stephen P. Freccero (CA Bar No. 131093)
Derek F. Foran (CA Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
*mgoldman@mofo.com*
*sfreccero@mofo.com*
*dforan@mofo.com*

*Counsel for Defendants Epson Electronics America, Inc. and Epson Imaging Devices Corporation*

---

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER

3

Case Nos. 3:11-cv-03763-SI; 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

      /s/ Ramona M. Emerson
Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580 (Phone)
(206) 370-6371 (Facsimile)
*romana.emerson@klgates.com*

Jeffrey L. Bornstein, (CA State Bar No. 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Phone: (415) 249-1059
Fax:     (415) 882-8220

*Counsel for Defendant HannStar Display Corporation*

      /s/ Kent M. Roger
Kent M. Roger (CA Bar No. 95987)
Michelle Kim-Szrom (CA Bar No. 252901)
Jennifer L. Calvert (CA Bar No. 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
*mkim-szrom@morganlewis.com*
*jennifer.calvert@morganlewis.com*

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

      /s/ Michael R. Lazerwitz
Michael R. Lazerwitz, Esq.
Lee F. Berger, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
Email: mlazerwitz@cgsh.com
      lberger@cgsh.com

*Counsel for Defendants LG Display Co. Ltd. and LG Display America, Inc.*

| | |
|---|---|
| 1 | /s/ Michael E. Mumford |
| 2 | Paul P. Eyre<br>Ernest E. Vargo |
| 3 | Michael E. Mumford<br>BAKER & HOSTETLER LLP |
| 4 | PNC Center<br>1900 East Ninth Street, Suite 3200 |
| 5 | Cleveland, Ohio 44114-3482<br>(216) 621-0200 (Phone) |
| 6 | (216) 696-0740 (Facsimile)<br>*peyre@bakerlaw.com* |
| 7 | *evargo@bakerlaw.com*<br>*mmumford@bakerlaw.com* |
| 8 | *Counsel for Defendant Mitsui & Co. (Taiwan), Ltd. and* |
| 9 | *Mitsui & Co. (U.S.A.), Inc.* |
| 10 | /s/ George D. Niespolo<br>George D. Niespolo (CA Bar No. 72107) |
| 11 | Stephen H. Sutro (CA Bar No. 172168)<br>DUANE MORRIS LLP |
| 12 | 1 Market, Spear Tower, Suite 2200<br>San Francisco, CA 94105-1104 |
| 13 | (415) 957-3000 (Phone)<br>(415) 957-3001 (Facsimile) |
| 14 | gdniespolo@duanemorris.com<br>shsutro@duanemorris.com |
| 15 | *Counsel for Defendants NEC Corporation of America,* |
| 16 | *NEC Display Solutions of America, Inc., and NEC*<br>*Electronics America, Inc.* |

| | |
|---|---|
| 1 | /s/ Neil K. Roman |
| 2 | Robert D. Wick (Pro hac vice)<br>Derek Ludwin (Pro hac vice) |
| 3 | Neil K. Roman (Pro hac vice)<br>COVINGTON & BURLING LLP |
| 4 | 1201 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 |
| 5 | (202) 662-6000 (Phone)<br>(202) 662-6291 (Facsimile) |
| 6 | *rwick@cov.com*<br>*dludwin@cov.com* |
| 7 | *nroman@cov.com* |
| 8 | Simon J. Frankel<br>Jeffrey Michael Davidson |
| 9 | COVINGTON & BURLING LLP<br>One Front Street |
| 10 | San Francisco, CA 94111<br>415-591-6000 |
| 11 | Fax: 415-591-6091<br>Email: sfrankel@cov.com |
| 12 | jdavidson@cov.com |
| 13 | *Counsel for Defendants Samsung Semiconductor, Inc., Samsung Electronics* |
| 14 | *Co., Ltd., and Samsung Electronics America, Inc.* |
| 15 | /s/ Allison A. Davis |
| 16 | Allison A. Davis (CA Bar No. 139203)<br>DAVIS WRIGHT TREMAINE LLP |
| 17 | 505 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533 |
| 18 | (415) 276-6500 (Phone)<br>(415) 276-6599 (Facsimile) |
| 19 | *allisondavis@dwt.com* |
| 20 | Nick S. Verwolf (*pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP |
| 21 | 777 – 108th Ave. N.E., Suite 2300<br>Bellevue, WA 98004 |
| 22 | (425) 646-6125 (Phone)<br>(425) 646-6199 (Facsimile) |
| 23 | *nickverwolf@dwt.com* |
| 24 | *Counsel for Defendant Sanyo Consumer Electronics Co.,* |
| 25 | *Ltd.* |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | /s/ Jacob R. Sorensen |
| 2 | John M. Grenfell (CA Bar No. 88500)<br>Jacob R. Sorensen (CA Bar No. 209134) |
| 3 | Fusae Nara (*pro hac vice*)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 4 | 50 Fremont Street<br>San Francisco, CA 94105 |
| 5 | (415) 983-1000 (Phone)<br>(415) 983-1200 (Facsimile) |
| 6 | *john.grenfell@pillsburylaw.com*<br>*jake.sorensen@pillsburylaw.com* |
| 7 | *fusae.nara@pillsburylaw.com* |
| 8 | *Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation* |
| 9 | |
| 10 | /s/ Rachel S. Brass<br>Rachel S. Brass |
| 11 | GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000 |
| 12 | San Francisco, CA 94105-2933<br>(415) 393-8200 (Phone) |
| 13 | (415) 393-8306 (Facsimile)<br>*rbrass@gibsondunn.com* |
| 14 | *Counsel for Defendant Tatung Company of America, Inc.* |
| 15 | /s/ John H. Chung |
| 16 | John H. Chung<br>WHITE & CASE LLP |
| 17 | 1155 Avenue of the Americas<br>New York, NY 10036-2787 |
| 18 | (212) 819-8200 (Phone)<br>(212) 354-8113 (Facsimile) |
| 19 | *jchung@whitecase.com* |
| 20 | *Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America* |
| 21 | *Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.* |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

1  **IT IS SO ORDERED.**

3  Dated: _____8/25_____, 2011

    _____
    Susan Illston, United States District Judge