William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
       anardacci@bsfllp.com
       cfenlon@bsfllp.com

*Counsel for Plaintiffs*
INTERBOND CORPORATION OF AMERICA;
P.C. RICHARD & SON LONG ISLAND CORPORATION;
MARTA COOPERATIVE OF AMERICA, INC.; AND
ABC APPLIANCE, INC.

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To Individual Case Nos. 3:11-cv-03763-SI (N.D. Cal.); 3:11-cv-04119-SI (N.D. Cal.)<br><br>INTERBOND CORPORATION OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | Case Nos. 3:11-cv-03763-SI (N.D. Cal.); 3:11-cv-04119-SI (N.D. Cal.)<br><br>Master File No. 3:07-md-01827-SI (N.D. Cal.)<br><br>MDL No. 1827<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [~~PROPOS~~ED] ORDER** |

1  P.C. RICHARD & SON LONG ISLAND
   CORPORATION; MARTA
2  COOPERATIVE OF AMERICA, INC. and
   ABC APPLIANCE, INC.
3
            Plaintiffs,
4
      vs.
5
   AU OPTRONICS CORPORATION, et al.,
6
            Defendants.
7

WHEREAS, plaintiffs Interbond Corporation of America d/b/a BrandsMart USA ("BrandsMart") and P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc. and ABC Appliance, Inc. ("collectively, PC Richard Plaintiffs") filed complaints in the above-captioned cases against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., LG Display Co., Ltd., LG Display America, Inc. Mitsui & Co. (Taiwan), Ltd., Mitsui & Co. (USA), Inc., NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., Inc., Samsung Semiconductor, Inc., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd. (collectively, "Stipulating Defendants") on June 3, 2011 and June 15, 2011, respectively ("Complaints");

WHEREAS, BrandsMart and PC Richard Plaintiffs wish to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to the Complaints; and

WHEREAS, BrandsMart, PC Richard Plaintiffs and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, BrandsMart and PC Richard Plaintiffs, on the one hand, and the Stipulating Defendants, on the other hand, as follows:

1. The Stipulating Defendants waive service of the Complaints under Federal Rule of Civil Procedure 4(d). This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction and improper venue.

1  2. The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise
2  respond to the Complaints will be ninety (90) days from the execution of this stipulation, subject
3  to Federal Rule of Civil Procedure 6(a)(1).

4  DATED: July 8, 2011    _____/s/ William A. Isaacson_____
                           William A. Isaacson (admitted *pro hac vice*)
5                          BOIES, SCHILLER & FLEXNER LLP
                           5301 Wisconsin Ave. NW, Suite 800
6                          Washington, D.C. 20015
                           Telephone: (202) 237-2727
7                          Facsimile: (202) 237-6131
                           Email: wisaacson@bsfllp.com
8
                           Philip J. Iovieno (admitted *pro hac vice*)
9                          Anne M. Nardacci (admitted *pro hac vice*)
                           Christopher V. Fenlon (admitted *pro hac vice*)
10                         BOIES, SCHILLER & FLEXNER LLP
                           10 North Pearl Street, 4th Floor
11                         Albany, NY 12207
                           Telephone: (518) 434-0600
12                         Facsimile: (518) 434-0665
                           Email: piovieno@bsfllp.com
13                                anardacci@bsfllp.com
                                  cfenlon@bsfllp.com
14
                           Stuart H. Singer (admitted *pro hac vice*)
15                         BOIES, SCHILLER & FLEXNER LLP
                           401 E. Las Olas Blvd., Suite 1200
16                         Ft. Lauderdale, FL 33301
                           Telephone: (954) 356-0011
17                         Facsimile: (954) 356-0022
                           Email: ssinger@bsfllp.com
18
                           *Counsel for Plaintiffs*
19                         *Interbond Corporation of America, P.C. Richard & Son*
                           *Long Island Corporation, MARTA Cooperative of*
20                         *America, Inc. and ABC Appliance, Inc.*

21                         _____/s/ Christopher A. Nedeau_____
                           Christopher A. Nedeau (CA Bar No. 81297)
22                         Carl L. Blumenstein (CA Bar No. 124158)
                           Katharine Chao (CA Bar No. 247571)
23                         NOSSAMAN LLP
                           50 California Street, 34th Floor
24                         San Francisco, California 94111-4799
                           (415) 398-3600 (Phone)
25                         (415) 398-2438 (Facsimile)
                           *cnedeau@nossaman.com*
26                         *cblumenstein@nossaman.com*
                           *kchao@nossaman.com*
27
                           *Counsel for Defendants AU Optronics Corporation and*
28                         *AU Optronics Corporation America*

STIPULATION OF EXTENSION OF TIME TO          2          Case Nos. 3:11-cv-03763-SI; 3:11-cv-04119-SI
RESPOND TO COMPLAINT, WAIVER OF SERVICE                         Master File No. 3:07-md-01827-SI
AND [PROPOSED] ORDER.

        /s/ Neal A. Potischman
Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

Jonathan D. Martin (admitted pro hac vice)
Bradley R. Hansen (admitted pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000 / (212) 701-5800
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

*Counsel for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

        /s/ Stephen P. Freccero
Melvin R. Goldman (CA Bar No. 34097)
Stephen P. Freccero (CA Bar No. 131093)
Derek F. Foran (CA Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
*mgoldman@mofo.com*
*sfreccero@mofo.com*
*dforan@mofo.com*

*Counsel for Defendants Epson Electronics America, Inc. and Epson Imaging Devices Corporation*

| | |
|---|---|
| 1 | _____/s/ Ramona M. Emerson_____ |
| 2 | Hugh F. Bangasser (*pro hac vice*) |
|   | Ramona M. Emerson (*pro hac vice*) |
| 3 | Christopher M. Wyant (*pro hac vice*) |
|   | K&L GATES LLP |
| 4 | 925 Fourth Avenue, Suite 2900 |
|   | Seattle, WA 98104 |
| 5 | (206) 623-7580 (Phone) |
|   | (206) 370-6371 (Facsimile) |
| 6 | *romana.emerson@klgates.com* |

Jeffrey L. Bornstein, (CA State Bar No. 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (415) 249-1059
Fax:   (415) 882-8220

*Counsel for Defendant HannStar Display Corporation*

_____/s/ Kent M. Roger_____
Kent M. Roger (CA Bar No. 95987)
Michelle Kim-Szrom (CA Bar No. 252901)
Jennifer L. Calvert (CA Bar No. 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
*mkim-szrom@morganlewis.com*
*jennifer.calvert@morganlewis.com*

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

_____/s/ Michael R. Lazerwitz_____
Michael R. Lazerwitz, Esq.
Lee F. Berger, Esq.
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
Email: mlazerwitz@cgsh.com
       lberger@cgsh.com

*Counsel for Defendants LG Display Co. Ltd. and LG Display America, Inc.*

---

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER

4

Case Nos. 3:11-cv-03763-SI; 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

|   |   |
|---|---|
| 1 | /s/ Michael E. Mumford |
| 2 | Paul P. Eyre<br>Ernest E. Vargo |
| 3 | Michael E. Mumford<br>BAKER & HOSTETLER LLP |
| 4 | PNC Center<br>1900 East Ninth Street, Suite 3200 |

        /s/ Michael E. Mumford
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

*Counsel for Defendant Mitsui & Co. (Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*

        /s/ George D. Niespolo
George D. Niespolo (CA Bar No. 72107)
Stephen H. Sutro (CA Bar No. 172168)
DUANE MORRIS LLP
1 Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
(415) 957-3000 (Phone)
(415) 957-3001 (Facsimile)
gdniespolo@duanemorris.com
shsutro@duanemorris.com

*Counsel for Defendants NEC Corporation of America, NEC Display Solutions of America, Inc., and NEC Electronics America, Inc.*

Case 3:07-md-01827-SI   Document 3378   Filed 09/26/11   Page 7 of 10

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER — 5 — Case Nos. 3:11-cv-03763-SI; 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

| | |
|---|---|
| 1 |      /s/ Neil K. Roman |
| | Robert D. Wick (Pro hac vice) |
| 2 | Derek Ludwin (Pro hac vice) |
| | Neil K. Roman (Pro hac vice) |
| 3 | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, N.W. |
| 4 | Washington, DC 20004 |
| | (202) 662-6000 (Phone) |
| 5 | (202) 662-6291  (Facsimile) |
| | *rwick@cov.com* |
| 6 | *dludwin@cov.com* |
| | *nroman@cov.com* |

Simon J. Frankel
Jeffrey Michael Davidson
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
415-591-6000
Fax: 415-591-6091
Email: sfrankel@cov.com
      jdavidson@cov.com

*Counsel for Defendants Samsung Semiconductor, Inc., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

     /s/ Allison A. Davis
Allison A. Davis (CA Bar No. 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
(415) 276-6500 (Phone)
(415) 276-6599 (Facsimile)
*allisondavis@dwt.com*

Nick S. Verwolf (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 – 108th Ave. N.E., Suite 2300
Bellevue, WA  98004
(425) 646-6125 (Phone)
(425) 646-6199 (Facsimile)
*nickverwolf@dwt.com*

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER

6

Case Nos. 3:11-cv-03763-SI; 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

          /s/ Jacob R. Sorensen
John M. Grenfell (CA Bar No. 88500)
Jacob R. Sorensen (CA Bar No. 209134)
Fusae Nara (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*
*jake.sorensen@pillsburylaw.com*
*fusae.nara@pillsburylaw.com*

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

          /s/ Rachel S. Brass
Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)
*rbrass@gibsondunn.com*

*Counsel for Defendant Tatung Company of America, Inc.*

          /s/ John H. Chung
John H. Chung
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*jchung@whitecase.com*

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.*

    Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**IT IS SO ORDERED.**

Dated: ___8/25___, 2011

_____Susan Illston_____
Susan Illston, United States District Judge

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO COMPLAINT, WAIVER OF SERVICE
AND [PROPOSED] ORDER

8

Case Nos. 3:11-cv-03763-SI; 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI