William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
       anardacci@bsfllp.com
       cfenlon@bsfllp.com

Counsel for Plaintiffs
P.C. RICHARD & SON LONG ISLAND CORPORATION,
MARTA COOPERATIVE OF AMERICA, INC., and
ABC APPLIANCE, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To Individual Case No. 3:11-cv-04119-SI (N.D. Cal.)<br><br>P.C. RICHARD & SON LONG ISLAND CORPORATION;<br>MARTA COOPERATIVE OF AMERICA, INC; and<br>ABC APPLIANCE, INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | Case No. 3:11-cv-04119-SI (N.D. Cal.)<br><br>Master File No. 3:07-md-01827-SI (N.D. Cal.)<br><br>MDL No. 1827<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING JOINT MOTION TO DISMISS, NEC'S MOTION TO DISMISS, SANYO'S MOTION TO DISMISS, AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

Plaintiffs, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc. ("Plaintiffs"), and Defendants, through the undersigned counsel, request that the Court enter the following order to withdraw (1) Defendants' Joint Motion to Dismiss Plaintiffs' complaint, (2) Defendants NEC Corporation, NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., and NEC LCD Technologies, Ltd.'s ("NEC") Motion to Dismiss Plaintiffs' complaint, and (3) Defendant Sanyo Consumer Electronics, Co., Ltd.'s ("Sanyo CE") Motion to Dismiss, and extend Defendants' time to respond to the amended complaint that Plaintiffs will file on or before November 1, 2011.

WHEREAS, on October 4, 2011, Plaintiffs and Defendant Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan") entered into a stipulation giving Mitsui Taiwan until December 1, 2011 to answer, move, or otherwise respond to Plaintiffs' complaint.

WHEREAS, on October 6, 2011, certain Defendants filed a joint motion to dismiss Plaintiffs' complaint in this action (MDL Dkt. No. 3848), and Defendants NEC and Sanyo CE filed separate motions to dismiss Plaintiffs' complaint (MDL Dkt. Nos. 3851 and 3854, respectively) (the "Motions");

WHEREAS the hearing on the Motions is scheduled for November 18, 2011;

WHEREAS Plaintiffs, although they oppose the Motions, will exercise their right under Federal Rule of Civil Procedure 15(a) to file a First Amended Complaint in lieu of filing an opposition to the Motions;

WHEREAS the parties agree that the briefing dates and hearing associated with the Motions should be withdrawn and that Plaintiffs will file their First Amended Complaint after the existing deadline to file their oppositions to the Motions;

WHEREAS the parties further agree that Plaintiffs may have until November 1, 2011 to file a First Amended Complaint and all Defendants may have until December 5, 2011 to respond to the First Amended Complaint, that Plaintiffs may have until December 23, 2011 to oppose or otherwise respond to Defendants' response, and that Defendants may have until January 9, 2012 to reply to such opposition;

STIPULATION AND [PROPOSED] ORDER - 1 - Case No. 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

WHEREAS the parties further agree that the hearing on any responses made by Defendants may be noticed for January 20, 2012;

WHEREAS the parties further agree that, in the alternative, the Defendants may have 60 days from the date the First Amended Complaint is filed to answer said complaint;

THEREFORE, Plaintiffs, by their counsel, and Defendants, by the undersigned counsel, stipulate and agree as follows:

1. The Motions shall be withdrawn and the briefing schedule and hearing date stricken.

2. Plaintiffs shall file a First Amended Complaint on or before November 1, 2011.

3. All Defendants shall respond to the First Amended Complaint by December 5, 2011.

4. Plaintiffs shall oppose or otherwise respond to Defendants' filings by December 23, 2011.

5. Defendants shall submit any replies by January 9, 2012.

6. The hearing on any responses made by Defendants shall be noticed for January 20, 2012.

7. In the alternative, all Defendants shall have 60 days from the date the First Amended Complaint is filed to answer said Complaint.

**IT IS SO STIPULATED.**

DATED:  October 20, 2011

/s/ William A. Isaacson
William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
           anardacci@bsfllp.com
           cfenlon@bsfllp.com

*Counsel for Plaintiffs P.C. Richard & Son, LLC, MARTA Cooperative of America, Inc., and ABC Appliance, Inc.*

/s/ Christopher A. Nedeau
Carl L. Blumenstein (CA Bar No. 124158)
Christopher A. Nedeau (CA Bar No. 81297)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California  94111-4799
Telephone:  (415) 398-3600
Facsimile:   (415) 398-2438
Email: cnedeau@nossaman.com
           cblumenstein@nossaman.com

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

STIPULATION AND [PROPOSED] ORDER — - 3 - — Case No. 3:11-cv-04119-SI / Master File No. 3:07-md-01827-SI

|   |   |
|---|---|
| 1 | /s/ Neal A. Potischman |
| 2 | Christopher B. Hockett (SBN 121539) |
|   | Neal A. Potischman (SBN 254862) |
| 3 | Sandra West (SBN 250389) |
|   | Samantha H. Knox (SBN 254427) |
| 4 | Micah G. Block (SBN 270712) |

Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111
Email: chris.hockett@davispolk.com
         neal.potischman@davispolk.com
         sandra.west@davispolk.com
         samantha.knox@davispolk.com
         micah.block@davispolk.com

Jonathan D. Martin (admitted pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:   (212) 701-5800
Email: jonathan.martin@davispolk.com

*Counsel for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

/s/ Stephen P. Freccero
Melvin R. Goldman (CA Bar No. 34097)
Stephen P. Freccero (CA Bar No. 131093)
Derek F. Foran (CA Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
Email: mgoldman@mofo.com
         sfreccero@mofo.com
         dforan@mofo.com

*Counsel for Defendants Epson Electronics America, Inc. and Epson Imaging Devices Corporation*

|     |     |
| --- | --- |
| 1   | _____/s/ Ramona M. Emerson_____ |
| 2   | Hugh F. Bangasser (*pro hac vice*) |
|     | Ramona M. Emerson (*pro hac vice*) |
| 3   | K&L GATES LLP |
|     | 925 Fourth Avenue, Suite 2900 |
| 4   | Seattle, WA 98104 |
|     | Telephone: (206) 623-7580 |
| 5   | Facsimile: (206) 370-6371 |
| 6   | Email: hugh.bangasser@klgates.com |
|     |         ramona.emerson@klgates.com |

Jeffrey L. Bornstein, (CA State Bar No. 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 249-1059
Facsimile: (415) 882-8220
Email: jeffrey.bornstein@klgates.com

*Counsel for Defendant HannStar Display Corporation*


_____/s/ Kent M. Roger_____
Kent M. Roger (CA Bar No. 95987)
Michelle Kim-Szrom (CA Bar No. 252901)
Jennifer L. Calvert (CA Bar No. 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: kroger@morganlewis.com
        mkim-szrom@morganlewis.com
        jennifer.calvert@morganlewis.com

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

| | |
|---|---|
| 1 | _____/s/ Kevin C. McCann_____ |
|  | Holly House (SBN 136045) |
| 2 | Kevin McCann (SBN 120874) |
|  | Sean Unger (SBN 231694) |
| 3 | PAUL HASTINGS LLP |
|  | 55 Second Street |
| 4 | Twenty-Fourth Floor |
|  | San Francisco, CA 94105-3441 |
| 5 | Email: hollyhouse@paulhastings.com |
|  |             kevinmccann@paulhastings.com |
| 6 |             seanunger@paulhastings.com |

Michael R. Lazerwitz (*pro hac vice*)
Lee F. Berger (SBN 222756)
Jeremy J. Calsyn (SBN 205062)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone:  (212) 225-2000
Facsimile:   (212) 225-3999
Email: mlazerwitz@cgsh.com
            lberger@cgsh.com
            jcalsyn@cgsh.com

*Counsel for Defendants LG Display Co. Ltd. and LG Display America, Inc.*

_____/s/ Michael E. Mumford_____
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
1900 East 9th Street, Suite 3200
Cleveland, OH 44114
Telephone:  (216) 621-0200
Facsimile:   (216) 696-0740
Email: peyre@bakerlaw.com
            evargo@bakerlaw.com
            mmumford@bakerlaw.com

*Counsel for Defendants Mitsui and Co. (Taiwan), Ltd., and Mitsui & Co. (U.S.A.), Inc.*

1
       /s/ George Niespolo
_____
George Niespolo (SBN 72107)
Stephen Holbrook Sutro (SBN 172168)
DUANE MORRIS LLP
One Market Plaza, Spear Tower
Suite 2000
San Francisco, CA 94105
Telephone: (415) 957-3000
Facsimile:  (415) 957-3001
Email: gdniespolo@duanemorris.com
       shsutro@duanemorris.com

*Counsel for NEC Corporation of America, NEC Display Solutions of America, Inc., and NEC Electronics America, Inc.*

       /s/ Robert D. Wick
_____
Robert D. Wick (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Neil K. Roman (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 662-6000
Facsimile:   (202) 662-6291
Email: dludwin@cov.com
       rwick@cov.com
       jdavidson@cov.com

*Counsel for Defendants Samsung Semiconductor, Inc., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

       /s/ Allison A. Davis
_____
Allison A. Davis (CA Bar No. 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
Email: allisondavis@dwt.com

Nick S. Verwolf (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 – 108th Ave. N.E., Suite 2300
Bellevue, WA 98004
Telephone: (425) 646-6125
Facsimile:  (425) 646-6199
Email: nickverwolf@dwt.com

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*

STIPULATION AND [PROPOSED] ORDER     - 7 -     Case No. 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

|    |    |
|---|---|
| 1  | /s/ Jacob R. Sorensen |
| 2  | John M. Grenfell (CA Bar No. 88500)<br>Jacob R. Sorensen (CA Bar No. 209134) |
| 3  | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 Fremont Street |
| 4  | San Francisco, CA 94105<br>Telephone:  (415) 983-1000 |
| 5  | Facsimile:  (415) 983-1200<br>Email: john.grenfell@pillsburylaw.com |
| 6  | jake.sorensen@pillsburylaw.com |
| 7  | *Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation* |
| 8  | |
| 9  | /s/ Rachel S. Brass<br>Joel S. Sanders |
| 10 | Rachel S. Brass<br>GIBSON, DUNN & CRUTCHER LLP |
| 11 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933 |
| 12 | Telephone:  (415) 393-8200<br>Facsimile:  (415) 393-8306 |
| 13 | Email: jsanders@gibsondunn.com<br>rbrass@gibsondunn.com |
| 14 | *Counsel for Defendant Tatung Company of America, Inc.* |
| 15 | /s/ John H. Chung |
| 16 | John H. Chung (*pro hac vice*)<br>WHITE & CASE LLP |
| 17 | 1155 Avenue of the Americas<br>New York, NY 10036-2787 |
| 18 | Telephone:  (212) 819-8200<br>Facsimile:  (212) 354-8113 |
| 19 | Email: jchung@whitecase.com |
| 20 | Christopher M. Curran (*pro hac vice*)<br>Kristen J. McAhren (*pro hac vice*) |
| 21 | WHITE & CASE LLP<br>701 Thirteenth Street, NW |
| 22 | Washington, DC 20005-3807<br>Telephone:  (202) 626-3600 |
| 23 | Facsimile:  (202) 639-9355<br>Email: ccurran@whitecase.com |
| 24 | kmcahren@whitecase.com |
| 25 | *Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.* |
| 26 | |
| 27 | |
| 28 | |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**IT IS SO ORDERED.**

Dated: \_\_\_\_\_10/24_____, 2011

_____
Susan Illston, United States District Judge